# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――

**No. 201700374**

―――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## ALEXANDER S. CONRAD
Corporal (E-4), U.S. Marine Corps
Appellant

―――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel J. P. Lisiecki, III, USMCR.
Convening Authority: Commanding Officer, 1st Maintenance
Battalion, Combat Logistics Regiment 15, 1st Marine Logistics
Group, MarForPac, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Michael J.
McDonald, USMC.
For Appellant: Lieutenant Jacqueline M. Leonard, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――

Decided 12 April 2018

―――――――――――

Before HUTCHISON, FULTON, and RUSSELL, *Appellate Military
Judges*

―――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court